UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————X

TITUS A. TORIOLA,

                Plaintiff,

   -against-

INTERNAL REVENUE SERVICE,

                Defendant.
———————————————————X

**CIVIL JUDGMENT**

06 CV 3751 (ARR)

      Pursuant to the Court's order issued _____August 18, 2006_____ dismissing this action, it is,

**ORDERED, ADJUDGED AND DECREED**: That the action is hereby dismissed for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal.

Dated:   Brooklyn, New York
             August 18, 2006

                                               _____
                                               Allyne R. Ross
                                               United States District Judge